No. 529. UNITED STATES *v.* CARLO BIANCHI & CO., INC. Court of Claims. Certiorari granted. *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *John G. Laughlin, Jr.* for the United States. *William H. Matthews* and *Robert W. Knox* for respondent.

No. 482. LOCAL No. 207, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS UNION, ET AL. *v.* PERKO. Supreme Court of Ohio. Certiorari granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *David E. Feller, Jerry D. Anker* and *Joseph Schiavoni* for petitioners. *Martin S. Goldberg* for respondent.

No. 541. LOCAL 100, UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES, *v.* BORDEN. Motion of respondent for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Civil Appeals of Texas, Fifth Supreme Judicial District, granted. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion and petition. *L. N. D. Wells, Jr.* for petitioner. *Ewell Lee Smith, Jr.* for respondent.

No. 374, Misc. SMITH *v.* MISSISSIPPI. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Mississippi granted. Case transferred to the appellate docket. *Melvin L. Wulf, Rowland Watts* and *William L. Higgs* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.